In the Matter of the Probate of the Will of JANE SCHREIBER,
Deceased.

GEORGE SCHREIBER, JR., Appellant; KATIE MALONE,
Respondent.

*Matter of Schreiber,* 112 App. Div. 495, appeal dismissed.
(Argued June 6, 1906; decided June 21, 1906.)

APPEAL from an order of the Appellate Division of the
Supreme Court in the first judicial department, entered May
4, 1906, which reversed a decree of the New York County
Surrogate's Court admitting to probate a paper propounded as
the will of Jane Schreiber, deceased, and directed a trial by
jury of certain issues of fact.

*Raymond Ballantine* and *Charles O. Maas* for appellant.

*James Ridgway* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, O'BRIEN, EDWARD T. BARTLETT, WERNER, HISCOCK and CHASE, JJ.